## ELECTRIC CO. v. NEWSPAPERS, INC.

No. 73 PC.

Case below: 22 N.C. App. 519.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

## FURR v. FURR

No. 48 PC.

Case below: 22 N.C. App. 487.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

## HARRELL v. CITY OF WINSTON-SALEM

No. 53 PC.

Case below: 22 N.C. App. 386.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

## HARRINGTON v. HARRINGTON

No. 49 PC.

Case below: 22 N.C. App. 419.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 24 September 1974.

## IN RE BEATTY

No. 75 PC.

Case below: 22 N.C. App. 563.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 24 September 1974. Motion of Employment Security Commission to dismiss appeal for lack of substantial constitutional question denied 24 September 1974.